Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-11509

| Caption: | |
|---|---|
| Z.P., et al. vs. Errol Gregory Bryant | District and Division: United States District Court for Northern District of Alabama<br>Name of Judge: Judge Annemarie Carney Axon<br>Nature of Suit: 15 U.S.C. 6851 / Revenge Porn |
| | Date Complaint Filed: February 9, 2024<br>District Court Docket Number: 7:24-cv-00151 |
| | Date Notice of Appeal Filed: April 30, 2026<br>☐ Cross Appeal ☐ Class Action |
| | Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | E. Travis Ramey<br>Yuri Linetsky | Univ. of Ala. School of Law, Appellate Advocacy Clinic<br>Box 870392<br>Tuscaloosa, AL 35487 | (205) 348-4960;<br>(205) 348-6851;<br>tramey@law.ua.edu;<br>ylinetsky@law.ua.edu |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Tom Burgess<br>Scott Holmes<br>Erin Agricola<br>Jason Wollitz | 3618 Clairmont Avenue<br>Birmingham, AL 35222 | (205) 870-8611<br>(205) 870-8688<br>tburgess@burgessholmes.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☑ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Pseudonymity | Amount Sought by Plaintiff: $ 2,400,000<br>Amount Sought by Defendant: $ 1,000,000<br>Awarded: $ 0<br>to N/A<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Interpretation of pseudonymity test under 15 USC 6851 in the 11th Circuit

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 15 USC 6851
(b) Citation ____________________
(c) Docket Number if unreported ____________________

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ____________________
(b) Citation ____________________
(c) Docket Number if unreported ____________________
(d) Court or Agency ____________________

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☑ Yes ☐ No
(b) Among circuits? ☑ Yes ☐ No

If Yes, explain briefly:

Several circuits have used differing tests regari how a Plaintiff retains/obtains pseudonymity. This Court has not decided which test to use.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether Z.P. should lose her right to pseudonymity under this statute.
Whether pseudonymity is a right that must be disproven or has to be earned/proven under the statute.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 11th DAY OF May, 2026.

E. Travis Ramey
NAME OF COUNSEL (Print)

s/ E. Travis Ramey
SIGNATURE OF COUNSEL